```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 03 B 51124
   LYLVETTE HART
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8100

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/22/2003 and was confirmed 02/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
RAMSEY LAW FIRM PC      NOTICE ONLY    NOT FILED            .00            .00
HSBC AUTO FINANCE       SECURED         7725.00         2772.88        7725.00
HSBC AUTO FINANCE       SPECIAL CLASS   4320.05            .00         4320.05
CARSON PIRIE SCOTT      UNSECURED      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED          .00            .00            .00
RESURGENT CAPITAL SERVIC UNSECURED       1229.92           .00         1229.92
TIMOTHY K LIOU          DEBTOR ATTY     2,314.40                       2,314.40
TOM VAUGHN              TRUSTEE                                        1,065.26
DEBTOR REFUND           REFUND                                           265.28

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                19,692.79

PRIORITY                                              .00
SECURED                                          7,725.00
    INTEREST                                     2,772.88
UNSECURED                                        5,549.97
ADMINISTRATIVE                                   2,314.40
TRUSTEE COMPENSATION                             1,065.26
DEBTOR REFUND                                      265.28
                       --------------          --------------
TOTALS                 19,692.79                19,692.79
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 51124 LYLVETTE HART

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 04/24/08                          _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

                                             PAGE   2
        CASE NO. 03 B 51124 LYLVETTE HART